**AIRLINES REPORTING CORPORA-TION, a Delaware Corporation,**
**Plaintiff–Appellee,**

v.

**Claudio MENICOCCI; Olga Menicocci,**
**Defendants–Appellants,**

and

**Cisne Corporation, d/b/a Cisne**
**Corporate Travel,**
**Defendant.**

No. 00–2258.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 28, 2001.

Decided April 16, 2001.

Claudio Menicocci, Olga Menicocci, pro se. Henry St. John Fitzgerald, McInroy & Rigby, L.L.P., Arlington, VA, for appellee.

Before WIDENER, WILKINS, and TRAXLER, Circuit Judges.

PER CURIAM.

Claudio Menicocci and Olga Menicocci appeal from the district court's order granting summary judgment to the Plaintiffs in their civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Airlines Reporting Corp. v. Menicocci*, No. CA–99–1699–A (E.D.Va. filed Aug. 21, 2000, entered Aug. 24, 2000 & Mar. 23, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*